■ FLORENCE GILLMAN et al., Respondents, v. GEORGE GOLDBERG, Appellant.— In a malpractice action, the defendant appeals from an order of the Supreme Court, Queens County, dated September 4, 1959, denying his motion to dismiss the complaint for lack of prosecution. Order affirmed, without costs. (See Queens County Supreme Court Trial Term Rules, rule 9; cf. *Grisafi* v. *Rubinstein*, 8 A D 2d 742; Kings County Supreme Court Trial Term Rules, rule 9.) Nolan, P. J., Beldock, Christ and Brennan, JJ., concur.

■ HENDRICKSON BROS., INC., Appellant, v. JOSEPH BOYLE et al., Respondents.— In an action to recover damages for injury to property, the plaintiff appeals from so much of an order of the Supreme Court, Nassau County, dated April 25, 1960, as grants defendants' motion to open their default in appearing and answering the complaint, and permits them to serve their answers. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ In the Matter of CAROL H. PREISER et al., Appellants, against FRED C. SCHIEBELBUTH, an Official Stenographer of the Supreme Court, Respondent. — In a proceeding pursuant to article 78 of the Civil Practice Act, to compel respondent, an Official Stenographer, to deliver to petitioners a certified transcript of the trial minutes of a certain action upon payment of the statutory fee per folio, petitioners appeal from an order of the Supreme Court, Westchester County, dated February 19, 1960, insofar as it: (a) directs compliance "with reasonable diligence" rather than "forthwith;" (b) directs delivery of a transcript of the minutes of such portion of the trial as was reported by respondent rather than a transcript of the minutes of the whole trial; (c) fails to direct that the statutory fee be computed from the completed transcript before payment; (d) fails to award costs or impose a fine against respondent; and (e) fails to initiate contempt proceedings against respondent. Order insofar as appealed from affirmed, without costs. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.